**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,        ) | No. CR05-00175-001-PCT-EHC |
| Plaintiff,        ) | **ORDER** |
| vs.        ) | |
| LEO LEON EDWARDS,        ) | |
| Defendant.        ) | |

The defendant appeared in court with counsel. The defendant's probable cause hearing was waived by defendant.

Based upon the record and defendant's waiver **THE COURT FINDS** probable cause to believe the defendant has violated the terms of his supervised release as alleged in the petition to revoke.

IT IS ORDERED that the defendant is detained as flight risk and danger, pending further revocation proceedings. Pursuant to Rule 32.1(a)(6) defendant has failed to show he is not a flight risk or a danger.

DATED this 18th day of December, 2007.

_____
Mark E. Aspey
United States Magistrate Judge